IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBY RAY GRANGER, #166643, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-931-TMH |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #6) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #6) of the Magistrate Judge is ADOPTED. It is further

ORDERED as follows:

1. To the extent Plaintiff asserts claims under the Federal Tort Claims Act, his complaint is DISMISSED, as this Court lacks subject matter jurisdiction over such claims because of Plaintiff's failure to exhaust administrative remedies; and

2. To the extent the complaint asserts any related state law claims, the Court

declines to exercise supplemental jurisdiction over such state law claims and, accordingly, such claims are DISMISSED.

A separate judgment shall issue.

Done this 14th day of September, 2010.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE